IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID SILVER

      Plaintiff,

vs.                                                                            No. CIV 09-0510 JB/ACT

MATTHEW A. BROWN, GROWTH
TECHNOLOGIES INTERNATIONAL, INC.
and JACK MCMULLEN

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on (i) the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively to Transfer Venue, filed June 22, 2009 (Doc. 6) and (ii) Plaintiff's Motion for Summary Judgment, filed July 13, 2009 (Doc. 11). In a Memorandum Opinion and Order, filed November 30, 2009 (Doc. 32), the Court granted in part and denied in part Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or, Alternatively to Transfer Venue, and denied Plaintiff's Motion for Summary Judgment. The Court dismissed the Plaintiff's Complaint without prejudice. The Court now enters final judgment in this matter.

      **IT IS ORDERED** that final judgment is entered for the Defendants and against the Plaintiff and that the Plaintiff's claims against the Defendants are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

-1-

*Parties and Counsel of Record:*

David Silver
Espanola, New Mexico

    *Plaintiff Pro Se*

Kristofer C. Knutson
Christopher M. Grimmer
Scheuer, Yost & Patterson, P.C.
Santa Fe, New Mexico

    *Attorneys for the Defendants*